UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHAHRIYAR FARAJI, ET AL.

VERSUS                                                                                       NO. 26-116-SDD-RLB

KRISTI NOEM, ET AL.

**ORDER**

The parties having filed a *Notice of Voluntary Dismissal*;[1]

**IT IS ORDERED** that the above-captioned and entitled action brought by Petitioners against Kristi Noem, et al., is voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a).

Signed in Baton Rouge, Louisiana, on March 6, 2026.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 11.